**Order entered September 29, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00428-CV

**MARCUS JARROD PAYNE, Appellant**

**V.**

**STACY ELEY (PAYNE), Appellee**

**On Appeal from the 303rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-20-00663**

### ORDER

Appellant has filed a Notice of Bankruptcy stating that he has filed for bankruptcy in the United States Bankruptcy Court. This automatically suspends further action in this appeal. *See* Tex. R. App. P. 8.2.

Accordingly, we **ABATE** this appeal. It may be reinstated on prompt motion by any party complying with Rule 8.3 and specifying what further action, if any, is required from this Court. *See id.* 8.3.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE